RECEIVED
SEP 2 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JUNIUS DAVIS | CIVIL ACTION 05-1109 |
| VERSUS | CHIEF JUDGE HAIK |
| GUILBEAU MARINE, ET AL | MAGISTRATE JUDGE HILL |

## ORDER

On August 17, 2006, the Trial in the above captioned matter was stayed pending a Ruling from the Department of Labor. The Court has been informed that, currently, the parties are awaiting a Ruling by the Benefits Review Board that, when issued, will be appealed to the Fifth Circuit Court of Appeals by the unsuccessful party. Consequently, the Stay currently in place will remain until all appeals have been exhausted.

As such, it is hereby **ORDERED** that the Clerk of Court administratively terminate this action in his records, without prejudice to the right of the parties to file a motion to reopen the proceedings within thirty (30) days of the appellate court's decision, should such action become necessary. This order shall not be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate such motion as if this order had not been entered;

THUS DONE AND SIGNED on the 26th day of September, 2006.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA